

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MATTHEW W. McQUEEN
Assistant Corporation Counsel
phone: (212) 356-2423
fax: (212) 356-3509
email: mmcqueen@law.nyc.gov

January 4, 2018

BY ECF
Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:  Lashana Weaver v. Bentley Warrington
              14-CV-7097 (ENV) (ST)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant Bentley Warrington in the above-referenced matter. I write on behalf of all parties to respectfully request that the deadline for completion of fact discovery be extended to February 9, 2018 and that the deadline for beginning dispositive motion practice be extended until March 12, 2018.

      Plaintiff intends to depose defendant Warrington and possibly three non-parties. Depositions for defendant and one of the non-parties have already been scheduled for January 17, 2018. There remain two other possibly depositions that may need to be scheduled.

      Accordingly, the parties respectfully request that the deadline for completion of fact discovery be extended to February 9, 2018 and that the deadline for beginning dispositive motion practice be extended until March 12, 2018.

      I think the Court for its time and consideration in this regard.

                                               Respectfully submitted,

                                               /s

                                             Matthew W. McQueen

cc:     Lashana Weaver (by E-Mail)
       *Plaintiff Pro Se*
       shana.weaver87@gmail.com